JAMES A. MCCORMICK, Appellant, *v.* SYRACUSE RAPID TRANSIT RAILWAY COMPANY, Respondent.

*McCormick* v. *Syracuse Rapid Transit Ry. Co.*, 128 App. Div. 911, affirmed.
(Argued March 17, 1910; decided April 5, 1910.)

APPEAL, by permission, from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered October 24, 1908, which reversed a judgment of the Onondaga County Court affirming a judgment of the Municipal Court of the city of Syracuse in favor of plaintiff in an action to recover a penalty for the alleged refusal of defendant to furnish plaintiff with a transfer from one of its lines of railway to another.

*La Fayette P. Costello* for appellant.

*Charles E. Spencer* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., HAIGHT, VANN, WERNER, WILLARD BARTLETT, HISCOCK and CHASE, JJ.